IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| Janine LaVigne, *on behalf of herself and all others similarly situated*,<br><br>          Plaintiff,<br><br>     v.<br><br>First Community Bancshares, Inc.; First Community Bank; DOES 1-10, inclusive,<br><br>          Defendants. | 1:15-cv-00934-WJ-LF |

### ORDER

Having considered the parties Joint Motion [Doc. 88], and good cause appearing:

IT IS HEREBY ORDERED that:

a) the deadline for Defendants to depose Anya Verkhovskaya is extended to August 11, 2017;

b) the deadline for Defendants to file their response to Plaintiff's motion for class certification is extended to August 25, 2017; and

c) the deadline for Plaintiff to file her reply in support of her motion for class certification is extended to September 8, 2017.

*So Ordered.*

_____
Laura Fashing
United States Magistrate Judge


AGREED AS TO FORM AND SUBSTANCE:

| **LEMBERG LAW, LLC** | **LEWIS BRISBOIS BISGAARD & SMITH LLP** |
|---|---|
| By:*/s/ Stephen Taylor*<br>   Stephen Taylor<br>   43 Danbury Road<br>   Wilton, CT  06897<br>   (203) 653-2250 (phone)<br>ATTORNEYS FOR PLAINTIFF | By:*/s/ William S. Helfand*<br>   William S. Helfand (*pro hac vice*)<br>   24 Greenway Plaza, Ste. 1400<br>   Houston, TX  77046<br>   (832) 460-4614 (phone)<br>ATTORNEYS FOR DEFENDANTS |