# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

| | |
|---|---|
| Janine LaVigne, *on behalf of herself and all others similarly situated*,<br><br>                              Plaintiff,<br><br>         -against-<br><br>First Community Bancshares, Inc.; First National Bank Texas; DOES 1-10, inclusive,<br><br>                              Defendants. | Civil Action No.: 1:15-cv-00934-KWR-LF |

## STIPULATION OF VOLUNTARY DISMISSAL

Under Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Janine LaVigne, and Defendants First Community Bancshares, Inc. and First National Bank Texas stipulate and agree to the voluntary dismissal of this action with costs to be borne by the party incurring them.

Under Fed. R. Civ. P. 23(e), this class action may only be voluntarily dismissed with the Court's approval including an order on whether the effect of this dismissal is with or without prejudice. The Parties will submit separate briefing on this issue.

STIPULATED AND AGREED

Dated: June 25, 2021

| *For the Plaintiff and the Class* | *For Defendants* |
|---|---|
| By: */s/ Stephen Taylor* | By: */s/ William Helfand* |
| Stephen Taylor | William S. Helfand |
| Lemberg Law, LLC | LEWIS BRISBOIS BISGAARD |
| 43 Danbury Road | &SMITH, LLP |
| Wilton, CT 06897 | 24 Greenway Plaza, Suite 1400 |
| T.(203) 653-2250 ext.5502 | Houston, Texas 77046 |
| F.(203) 653-3424 | T.(832)460-4614 |
| | F.(713)759-6830 |