IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JANINE LAVIGNE,

    Plaintiff,

vs.                                                        No. 1:15-cv-00934-KWR-LF

FIRST COMMUNITY BANCSHARES, INC.
and FIRST NATIONAL BANK TEXAS,

    Defendants.

## ORDER APPROVING
## STIPULATION OF VOLUNTARY DISMISSAL

Upon consideration of the Stipulation of Voluntary Dismissal (**Doc. 223**), for the reasons set forth in the Order Granting Motion to Approve Voluntary Dismissal (**Doc. 231**), and the Court having held a Final Approval Hearing on December 14, 2021, the voluntary dismissal without prejudice is **APPROVED** pursuant to Fed. R. Civ. P. 23(e) and this matter is **DISMISSED WITHOUT PREJUDICE.** All parties to bear their own costs, including attorney's fees.

The Class Representative **SHALL POST** a signed copy of this Order on the class website. www.lavigneclass.com.

**IT IS SO ORDERED.**

                                                        **KEA W. RIGGS**
                                                        **UNITED STATES DISTRICT JUDGE**